UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MILAGRES BARRETO, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-02030-RSM<br><br>STIPULATED MOTION TO STAY AND ORDER |

For good cause, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, the Parties hereby jointly stipulate and move to stay these proceedings until January 22, 2027.

Plaintiffs brought this action pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to process Plaintiff Milagres Barreto's Form I-918 Petition for U Nonimmigrant Status and to adjudicate all Plaintiffs' Forms I-765 Application for Employment Authorization. During the pendency of this litigation, USCIS has served Plaintiffs with a Request for Evidence with a response deadline of November 23, 2026. The Parties request a stay of this case until 60 days after that deadline to provide time for Plaintiffs

to respond to the Request for Evidence and for USCIS to review the response and take further adjudicative action.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1. With additional time, the claims in this litigation may be resolved without the need for further judicial intervention.

Accordingly, the parties respectfully submit that there is good cause for this action to be stayed until January 22, 2027. The parties will submit a joint status report on or before the end of this period.

DATED this 23rd day of September, 2026.

Respectfully submitted,

*s/ Sean M. Arenson*
SEAN M. ARENSON, WSBA No. 60465
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: sean.arenson@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 259 words, in compliance with Local Civil Rules.

*s/ Sadaf F. Ahmed*
SADAF F. AHMED
Jeelani Law Firm PLC
3701 W Algonquin Road Ste. 630
Rolling Meadows, IL 60008
Phone: 312-767-9030
Fax: 312-549-9981
Email: sadaf@jeelani-law.com
*Lead Counsel for Plaintiff*
*Pro hac vice pending

*s/ Adam W. Boyd*
ADAM W. BOYD
Gibbs Houston Pauw
1000 Second Avenue, Ste. 1600
Seattle, WA 98104-1003
(206) 708-8744
adamboyd@g-hplaw.net
*Local Counsel for Plaintiff*

**ORDER**

This case is stayed. The parties shall submit a status update by January 22, 2027. It is so ORDERED.

DATED this 23rd day of September, 2026.

RICARDO S. MARTINEZ
United States District Judge